UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 13 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| GAIL BAER, | ) |
|      Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 08 0824 ) |
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
|      Defendant. | ) ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of April 2008;

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is

FURTHER ORDERED that the motion to appoint counsel be denied as moot.

SO ORDERED.

*Royce C. Lamberth*
United States District Judge